UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ROBERT KENNEDY,

    Defendant.
    _____/

Case No. 11-20421

Honorable John Corbett O'Meara

# ORDER GRANTING DEFENDANT'S JANUARY 9, 2012 MOTION TO DISMISS COUNT SIX

This matter came before the court on defendant John Robert Kennedy's January 9, 2012 motion to dismiss Count Six of the indictment. The government filed a response February 16, 2012, concurring in Defendant's requested relief.

It is hereby **ORDERED** that defendant Kennedy's January 9, 2012 motion is **GRANTED**; and Count Six of the Indictment is **DISMISSED.**

        s/John Corbett O'Meara
        United States District Judge

Date: March 13, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 13, 2012, using the ECF system.

        s/William Barkholz
        Case Manager